# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| Oscar Pina (#47363-424), | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No. 15 C 6183 |
| v. | ) | |
| | ) | Judge Frederick J. Kapala |
| Stephenson County, Illinois, et al. | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff's application for leave to proceed *in forma pauperis* [3] is denied without prejudice. Plaintiff is directed to **either** (1) submit a renewed application for leave to proceed *in forma pauperis* that is certified by a trust fund officer along with copies of his prison trust fund ledgers showing activity in his account for the six months immediately preceding the initiation of this action (that is, from approximately January 1, 2015, through July 1, 2015); **or** (2) pay the full statutory filing fee of $400.00. Failure to comply with this order by October 5, 2015, will result in summary dismissal of this case. The Clerk is directed to send Plaintiff a blank application to proceed *in forma pauperis* along with a copy of this order.

## STATEMENT

Plaintiff Oscar Pina, a prisoner now confined at the federal Metropolitan Correctional Center, brings this *pro se* civil rights action under 42 U.S.C. § 1983, to challenge a policy of the Stephenson County Jail, where he was previously detained.

Plaintiff's application for leave to proceed *in forma pauperis* is incomplete and therefore is denied without prejudice. A prisoner seeking leave to proceed *in forma pauperis* must obtain a certificate from a prison official stating the amount of money the prisoner has on deposit in his or her prison trust fund account. The prisoner also must "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the six-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2). Here, although Plaintiff's application to proceed *in forma pauperis* is certified by a prison official, it does not include copies of his prison trust fund ledgers.

If Plaintiff wants to proceed with this lawsuit, he must submit a certified application for leave to proceed *in forma pauperis* along with copies of his trust fund ledgers showing his income for the six months immediately preceding the filing of this lawsuit (that is, from approximately

January 1, 2015, through July 1, 2015, or as much as Plaintiff's place of incarceration is able to provide). In the alternative, Plaintiff may pay the full statutory filing fee of $400.00. Plaintiff's failure to comply with this order by the date set forth above will result in summary dismissal of this action.

    The Clerk is directed to send Plaintiff a blank application to proceed *in forma pauperis*.

Date: September 3, 2015